IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Stephen Lenard Hamilton** | : | Bankruptcy No. |
| | : | Chapter **7** |
| Debtor | : | |
| **Stephen Lenard Hamilton** Movant | : | Related to Document No. 1 |
| v. | : | |
| No Respondent | : | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, **Michael Assad**, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Michael Assad**
Signature
**Michael Assad**
Typed Name
**1500 JFK Blvd. Ste 220**
**Philadelphia, PA 19102**
Address
**(215) 545-0008 Fax:**
Phone No.
**330937 PA**
List Bar I.D. and State of Admission


Software Copyright (c) 1996-2025 Best Case LLC - www.bestcase.com Best Case Bankruptcy

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Pennsylvania Department of Revenue
Attn: Bankruptcy Division
Department 280946
Harrisburg, PA 17128

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101

Pennsylvania Office of Attorney General
Attn: Financial Enforcement Section
Strawberry Square, 15th Floor
Harrisburg, PA 17120

U.S. Attorney's Office (PAWD)
Civil Process Clerk
700 Grant St # 633
Pittsburgh, PA 15219

Affirm, Inc.
Attn: Bankruptcy
650 California St Fl 12
San Francisco, CA 94108-2716

Allegheny Health Network
120 Fifth Avenue, Suite 2900
Pittsburgh, PA 15222

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Comcast
Attn: Bankruptcy
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103

Credit One Bank N.A.
Resurgent Correspondence, Attn: Bankrupt
PO Box 1269
Greenville, SC 29602-1269

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054-3025

Eastern Revenue, Inc.
601 Dresher Road
Suite 301
Horsham, PA 19044

Erie County Tax Claim Bureau
140 W 6th St #110
Erie, PA 16501

Erie Water Works
340 West Bayfront Pkwy
Erie, PA 16507

FASANARA APEX I
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193-9069

Harbor Creek School District
6375 Buffalo Road
Harborcreek, PA 16421

LVNV Funding LLC
355 S Main St Ste 300-D
Greenville, SC 29601

Lvnv Funding LLC/Resurgent Capital Servi
Resurgent Correspondence, Attn: Bankrupt
PO Box 1269
Greenville, SC 29602-1269

Merrick Bank Corp
PO Box 9201
Old Bethpage, NY 11804-9001

Midland Credit Mgmt
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193-9069

Patenaude & Felix
2400 Ansys Drive
Suite 402-B
Canonsburg, PA 15317

Penelec
5404 Evans Road
Erie, PA 16509

Rocket Mortgage
Attn: Bankruptcy
1050 Woodward Ave
Detroit, MI 48226-3573

Township of Harborcreek
5601 Buffalo Road
Harborcreek, PA 16421

Tsarouhis Law Group
21 S 9th St
Allentown, PA 18102

University of Pittsburgh Medical Center
600 Grant St 58th Floor
Pittsburgh, PA 15219

Velocity Investments LLC
1800 Route 34 Bldg 3
Suite 305
Belmar, NJ 07719

Verizon
Attn: Bankruptcy
500 Technology Drive Suite 550
Saint Charles, MO 63304

WEBBANK AVANT
Resurgent Correspondence, Attn: Bankrupt
PO Box 1269
Greenville, SC 29602-1269