# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Erie)

| | | |
|---|---|---|
| In Re: | : | CHAPTER 7 |
|    Stephen Lenard Hamilton, | : | |
|    Debtor | : | CASE NO. 25-10456-JCM |
| | : | |

## CERTIFICATION OF NO PAYMENT ADVICES

### Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

     I, Stephen Lenard Hamilton, hereby certify that within sixty (60) days before the date of filing the above captioned bankruptcy petition, I did not receive payment advices (e.g. "paystubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), from any source of employment. I further certify that I received no payment advices during that period because:

     **I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.**

     I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date: 8/18/25

/s/ *Stephen Lenard Hamilton*
_____
STEPHEN LENARD HAMILTON
Debtor (Printed)