# Notice Recipients

| District/Off: 0315−1 | User: auto | Date Created: 8/18/2025 |
|---|---|---|
| Case: 25−10456−JCM | Form ID: 309A | Total: 36 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Stephen Lenard Hamilton | 1045 Fair Avenue | Erie, PA 16511 | | |
| ust | Office of the United States Trustee | 1000 Liberty Avenue | Suite 1316 | Pittsburgh, PA 15222 | |
| tr | Joseph B. Spero | 3213 West 26th Street | Erie, PA 16506 | | |
| aty | Michael I. Assad | Sadek Law Offices, LLC | 1500 JFK Boulevard | Ste 220 | Philadelphia, PA 19102 |
| smg | Pennsylvania Department of Revenue | Bankruptcy Division | P.O. Box 280946 | Harrisburg, PA 17128−0946 | |
| smg | Pennsylvania Dept. of Revenue | Department 280946 | P.O. Box 280946 | ATTN: BANKRUPTCY DIVISION | Harrisburg, PA 17128−0946 |
| 16568714 | Affirm, Inc. | Attn: Bankruptcy | 650 California St Fl 12 | San Francisco, CA 94108−2716 | |
| 16568715 | Allegheny Health Network | 120 Fifth Avenue, Suite 2900 | Pittsburgh, PA 15222 | | |
| 16568716 | Capital One | Attn: Bankruptcy | PO Box 30285 | Salt Lake City, UT 84130−0285 | |
| 16568717 | Comcast | Attn: Bankruptcy | 1701 John F. Kennedy Boulevard | Philadelphia, PA 19103 | |
| 16568718 | Credit One Bank N.A. | Resurgent Correspondence, Attn: Bankrupt | PO Box 1269 | Greenville, SC 29602−1269 | |
| 16568719 | Discover Financial | Attn: Bankruptcy | PO Box 3025 | New Albany, OH 43054−3025 | |
| 16568720 | Eastern Revenue, Inc. | 601 Dresher Road | Suite 301 | Horsham, PA 19044 | |
| 16568721 | Erie County Tax Claim Bureau | 140 W 6th St #110 | Erie, PA 16501 | | |
| 16568722 | Erie Water Works | 340 West Bayfront Pkwy | Erie, PA 16507 | | |
| 16568723 | FASANARA APEX I | Attn: Bankruptcy | PO Box 939069 | San Diego, CA 92193−9069 | |
| 16568724 | Harbor Creek School District | 6375 Buffalo Road | Harborcreek, PA 16421 | | |
| 16568708 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101 | | |
| 16568725 | LVNV Funding LLC | 355 S Main St Ste 300−D | Greenville, SC 29601 | | |
| 16568726 | Lvnv Funding LLC/Resurgent Capital Servi | Resurgent Correspondence, Attn: Bankrupt | PO Box 1269 | Greenville, SC 29602−1269 | |
| 16568727 | Merrick Bank Corp | PO Box 9201 | Old Bethpage, NY 11804−9001 | | |
| 16568728 | Midland Credit Mgmt | Attn: Bankruptcy | PO Box 939069 | San Diego, CA 92193−9069 | |
| 16568729 | Patenaude & Felix | 2400 Ansys Drive | Suite 402−B | Canonsburg, PA 15317 | |
| 16568730 | Penelec | 5404 Evans Road | Erie, PA 16509 | | |
| 16568709 | Pennsylvania Department of Revenue | Attn: Bankruptcy Division | Department 280946 | Harrisburg, PA 17128 | |
| 16568712 | Pennsylvania Office of Attorney General | Attn: Financial Enforcement Section | Strawberry Square, 15th Floor | Harrisburg, PA 17120 | |
| 16568711 | Pennsylvania Office of General Counsel | 333 Market St Fl 17 | Harrisburg, PA 17101 | | |
| 16568731 | Rocket Mortgage | Attn: Bankruptcy | 1050 Woodward Ave | Detroit, MI 48226−3573 | |
| 16568732 | Township of Harborcreek | 5601 Buffalo Road | Harborcreek, PA 16421 | | |
| 16568733 | Tsarouhis Law Group | 21 S 9th St | Allentown, PA 18102 | | |
| 16568713 | U.S. Attorney's Office (PAWD) | Civil Process Clerk | 700 Grant St # 633 | Pittsburgh, PA 15219 | |
| 16568710 | U.S. Department of Justice | 950 Pennsylvania Ave NW | Washington, DC 20530 | | |
| 16568734 | University of Pittsburgh Medical Center | 600 Grant St 58th Floor | Pittsburgh, PA 15219 | | |
| 16568735 | Velocity Investments LLC | 1800 Route 34 Bldg 3 | Suite 305 | Belmar, NJ 07719 | |
| 16568736 | Verizon | Attn: Bankruptcy | 500 Technology Drive Suite 550 | Saint Charles, MO 63304 | |
| 16568737 | WEBBANK AVANT | Resurgent Correspondence, Attn: Bankrupt | PO Box 1269 | Greenville, SC 29602−1269 | |

TOTAL: 36