| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Stephen Lenard Hamilton<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–5462<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter:   7   8/15/25 |
| Case number: | 25–10456–JCM | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Stephen Lenard Hamilton | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1045 Fair Avenue<br>Erie, PA 16511 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael I. Assad<br>Sadek Law Offices, LLC<br>1500 JFK Boulevard<br>Ste 220<br>Philadelphia, PA 19102 | Contact phone 215–545–0008<br>Email: michael@sadeklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Joseph B. Spero<br>3213 West 26th Street<br>Erie, PA 16506 | Contact phone 814–836–1011<br>Email: sperofirm@sperolawoffice.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

Debtor **Stephen Lenard Hamilton**          Case number **25–10456–JCM**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office:<br>9:00a.m. – 4:30p.m. Erie Office:<br>9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 8/18/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 15, 2025 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 639 079 5364, and Passcode 3024807978, call 1–814–900–6661**<br>For additional information, go to: https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/15/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **2**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 25-10456-JCM

Stephen Lenard Hamilton  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1 | User: auto | Page 1 of 3
Date Rcvd: Aug 18, 2025 | Form ID: 309A | Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Stephen Lenard Hamilton, 1045 Fair Avenue, Erie, PA 16511-2450 |
| 16568715 | + | Allegheny Health Network, 120 Fifth Avenue, Suite 2900, Pittsburgh, PA 15222-3002 |
| 16568722 | + | Erie Water Works, 340 West Bayfront Pkwy, Erie, PA 16507-2004 |
| 16568723 | | FASANARA APEX I, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 16568724 | + | Harbor Creek School District, 6375 Buffalo Road, Harborcreek, PA 16421-1632 |
| 16568726 | | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 16568730 | ++ | PENNSYLVANIA ELECTRIC COMPANY, BANKRUPTCY DEPARTMENT, 331 NEWMAN SPRINGS ROAD, BUILDING 3, RED BANK NJ 07701-5688 address filed with court:, Penelec, 5404 Evans Road, Erie, PA 16509 |
| 16568712 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 16568732 | + | Township of Harborcreek, 5601 Buffalo Road, Harborcreek, PA 16421-1625 |
| 16568713 | + | U.S. Attorney's Office (PAWD), Civil Process Clerk, 700 Grant St # 633, Pittsburgh, PA 15219-1906 |
| 16568734 | + | University of Pittsburgh Medical Center, 600 Grant St 58th Floor, Pittsburgh, PA 15219-2739 |
| 16568737 | | WEBBANK AVANT, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: michael@sadeklaw.com | Aug 19 2025 01:36:00 | Michael I. Assad, Sadek Law Offices, LLC, 1500 JFK Boulevard, Ste 220, Philadelphia, PA 19102 |
| tr | + | EDI: QJBSPERO.COM | Aug 19 2025 04:26:00 | Joseph B. Spero, 3213 West 26th Street, Erie, PA 16506-2507 |
| smg | | EDI: PENNDEPTREV | Aug 19 2025 04:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 19 2025 04:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Aug 19 2025 01:36:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| 16568714 | | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 19 2025 01:40:30 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16568716 | | EDI: CAPITALONE.COM | Aug 19 2025 04:25:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16568717 | + | EDI: COMCASTCBLCENT | Aug 19 2025 04:25:00 | Comcast, Attn: Bankruptcy, 1701 John F. Kennedy Boulevard, Philadelphia, PA 19103-2899 |
| 16568718 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2025 01:11:23 | Credit One Bank N.A., Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |

Case 25-10456-JCM  Doc 9  Filed 08/20/25  Entered 08/21/25 00:32:39  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 18, 2025 | Form ID: 309A | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| 16568719 | | EDI: DISCOVER | Aug 19 2025 04:25:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 16568721 | | Email/Text: USbankruptcies@eriecountypa.gov | Aug 19 2025 01:36:00 | Erie County Tax Claim Bureau, 140 W 6th St #110, Erie, PA 16501 |
| 16568720 | + | Email/Text: emails@easternrevenue.com | Aug 19 2025 01:36:00 | Eastern Revenue, Inc., 601 Dresher Road, Suite 301, Horsham, PA 19044-2238 |
| 16568708 | + | EDI: IRS.COM | Aug 19 2025 04:25:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16568725 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2025 01:14:05 | LVNV Funding LLC, 355 S Main St Ste 300-D, Greenville, SC 29601-2923 |
| 16568727 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 19 2025 01:12:15 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 16568728 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2025 01:36:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 16568729 | ^ | MEBN | Aug 19 2025 00:24:01 | Patenaude & Felix, 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 16568709 | + | EDI: PENNDEPTREV | Aug 19 2025 04:26:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 16568711 | ^ | MEBN | Aug 19 2025 00:24:01 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 16568731 | | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 19 2025 01:36:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 16568733 | + | Email/Text: dht@pacollections.com | Aug 19 2025 01:36:00 | Tsarouhis Law Group, 21 S 9th St, Allentown, PA 18102-4861 |
| 16568710 | ^ | MEBN | Aug 19 2025 00:23:46 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 16568735 | | Email/Text: dispute@velocityrecoveries.com | Aug 19 2025 01:36:00 | Velocity Investments LLC, 1800 Route 34 Bldg 3, Suite 305, Belmar, NJ 07719 |
| 16568736 | + | EDI: VERIZONCOMB.COM | Aug 19 2025 04:25:00 | Verizon, Attn: Bankruptcy, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2025      Signature:    /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Aug 18, 2025 | Form ID: 309A | Total Noticed: 36 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2025 at the address(es) listed below:**

**Name**  **Email Address**

Joseph B. Spero
    sperofirm@sperolawoffice.com  jspero@ecf.axosfs.com;legalmom18@hotmail.com

Michael I. Assad
    on behalf of Debtor Stephen Lenard Hamilton michael@sadeklaw.com
    brad@sadeklaw.com;jennifer@sadeklaw.com;rebecca@sadeklaw.com;sadeklaw@recap.email

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 3